B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## MARYLAND

In re  Daniel R. Ager and Karyn L. Ager          Case No. _____
        Debtor                                                                    Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A –** Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

Property No. 1

| **Creditor's Name:** <br> PNC Mortgage | **Describe Property Securing Debt:** <br> 163 Harpers Way <br> Frederick, MD |
|---|---|

Property will be *(check one)*:
    ☐ Surrendered     ☒ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☒ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ☒ Claimed as exempt     ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** <br> Capital One Bank | **Describe Property Securing Debt:** <br> 163 Harpers Way <br> Frederick, MD |
|---|---|

Property will be *(check one)*:
    ☐ Surrendered     ☒ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☒ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ☒ Claimed as exempt     ☐ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Honda Financial Services | **Describe Property Securing Debt**:<br>2010 Honda Oddesy |

Property will be *(check one)*:
　　　☐ Surrendered　　　☒ Retained

If retaining the property, I intend to *(check at least one)*:
　　　☐ Redeem the property
　　　☒ Reaffirm the debt
　　　☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
　　　☒ Claimed as exempt　　　☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Freedom Road Financial | **Describe Property Securing Debt**:<br>2007 Honda CVR 1000 |

Property will be *(check one)*:
　　　☐ Surrendered　　　☒ Retained

If retaining the property, I intend to *(check at least one)*:
　　　☐ Redeem the property
　　　☒ Reaffirm the debt
　　　☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
　　　☒ Claimed as exempt　　　☐ Not claimed as exempt

**PART B –** Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES　　　☐ NO |

B 8 (Official Form 8) (12/08)  Page 3

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: April 9, 2013

s/Daniel R. Ager
Signature of Debtor

s/Karyn L. Ager
Signature of Joint Debtor

B 8 (Official Form 8) (12/08)  Page 3